UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80006-cr-HURLEY

UNITED STATES OF AMERICA,

v.

JOSE ENRIQUE RODRIGUEZ,

    Defendant.
_____/



FILED by _____ D.C.

AUG 0 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

REPORT AND RECOMMENDATION

The Defendant, JOSE ENRIQUE RODRIGUEZ, appeared before the Court on August 6, 2012, represented by counsel Ronald S. Chapman, Esq., for a preliminary hearing and status re: final hearing on a supervised release violation petition. Defendant was originally convicted of possession of one or more firearms and rounds of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), a Class C felony. On August 9, 2005, Defendant was sentenced to 92 months in prison and three years of supervised release. Defendant's supervised release began on September 14, 2010.

Defendant is now charged with violating his supervised release by failing to refrain from a violation of law. The Petition for Warrant or Summons for Offender Under Supervision [DE 58] alleges that, on or about March 14, 2012, in Palm Beach County, Florida, Defendant was arrested for (1) conspiracy to possess with intent to distribute more than one kilogram of heroin and cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A), 841(b)(1); (2) possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); and (3) distribution of heroin, in violation of 21U.S.C. §§ 841(a)(1), 841(b)(1)(C), Case No. 12-80046-CR-SCOLA/VITUNAC.

1

At the August 6, 2012, preliminary hearing and status re: final hearing on the supervised release violation petition, Defendant and his counsel stated that Defendant desired to 1) waive his right to a probable cause hearing, 2) waive his right to a final revocation hearing, and 3) admit the supervised release violation specified in the Petition. Defendant expressed satisfaction with his counsel. Defendant stated that he had sufficient time to review the petition, consider the supervised release violation allegation, and discuss the matter with his counsel. The Court conducted a colloquy with Defendant and found him to be intelligent, competent, clear-headed, and not under the influence of any narcotics, drugs or alcoholic beverages. The Court fully informed Defendant of all of his rights in this supervised release violation proceeding. Defendant stated he was aware of the charges he is facing, the maximum penalties, his right to demand a probable cause hearing, his right to demand a contested final revocation hearing, his right to contest the charges lodged against him, as well as all of his other rights relevant to this proceeding. Defendant knowingly, intelligently, and voluntarily waived the probable cause determination hearing, waived the final hearing on violation of supervised release, and admitted that he did in fact commit the violation specified in the supervised release violation petition.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's waiver of his preliminary probable cause hearing and of his final hearing, accept the Defendant's admission to the supervised release violation, and find Defendant guilty of violating his supervised release. The Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable U.S. District Judge Daniel T.K. Hurley within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of August, 2012.

*William Matthewman*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE