### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CASE NO.  04-80006-CR-HURLEY/MATTHEWMAN**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.

**JOSE ENRIQUE RODRIGUEZ,**
        **Defendant.**
-------------------------------------------/

### ORDER ADOPTING REPORT AND
### RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the Report

and Recommendations of a United States Magistrate Judge, [DE 68].  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's Report and Recommendations are **adopted**.

2.  A sentencing hearing will be conducted on **Tuesday, October 9, 2012,** at **2:45 p.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of

September, 2012.

**copy furnished:**
AUSA John C. McMillan, Jr.
Ronald S. Chapman, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge